# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00501DAE-KSC

CASE NAME:       Cristeta Guerpo v. Mastec North America, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:    12/19/2005                 TIME:

---

COURT ACTION: EO: Dismissal due today. Stipulation to Dismiss has been lodged with the court.

Submitted by: Shari Afuso, Courtroom Manager