**ORIGINAL**

HISAKA YOSHIDA COSGROVE & CHING
Attorneys At Law - A Law Corporation

GALE L.F. CHING        2683-0
MITZI A. LEE           6059-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
Telephone No.: (808) 523-0451
Facsimile No.: (808) 524-0422
email address: gching@objectionsustained.com

Attorney for Defendant
MASTEC NORTH AMERICA
Y:\LM\GUERPO\usdc pldgs\stipulation for dismissal w.prej.wpd

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at 9 o'clock and 23 min A M
SUE BEITIA, CLERK

**LODGED**

DEC 16 2005

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRISTETA GUERPO, | CV04 00501 DAE/KSC (Motor Vehicle Tort) |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| MASTEC NORTH AMERICA, a Corporate Entity, LEON W. CALIHOO, Individually; JOHN DOES 1-10, JANE DOES 10-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10; DOE JOINT VENTURES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10; inclusive, | Trial Date: January 17, 2006 |
| Defendants. | |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and among all parties hereto, by and through their respective counsel, that pursuant to a negotiated settlement, the above-captioned action by and is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees. There are no remaining parties and/or issues.

Trial date has been set for January 17, 2006.

Dated: Honolulu, Hawaii, DEC 1 6 2005.

_____
ROBERT P. MARX
Attorney for Plaintiff
CRISTETA GUERPO

_____
GALE L.F. CHING
MITZI A. LEE
Attorneys for Defendants
MASTEC NORTH AMERICA

2

APPROVED AND SO ORDERED:

_____
Judge Of The Above Entitled Court

*CRISTETA GUERPO, vs. MASTEC NORTH AMERICAN, a Corporate Entity, et al.*;   CIVIL NO. 04-00501 DAE-KSC; <u>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES</u>